CAUSE# 1366229-A   83.507-02

To: Court of Criminal Appeals of Texas 12/7/2015

Attn: Abel Acosta Clerk

From Ronnie McKee #1841949
Jester 3 Unit
3 Jester Rd.
Richmond, Tx 77406

   I'm writing this letter to Request a Copy of the states Answer. I filed a 11.07 Writ of Habeas Corpus and also a MANDAMUS I recieved a denial Without hearing I was not provided a Copy of the States Answer please foward a Copy to Me so that I may prepare to Respond to the Answer I recieved.

Sincerly

Ronnie McKee

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk